## SECOND DEPARTMENT, MAY TERM, 1886.

Matter of Final Accounting of Joseph B. Spencer, Trustee, etc. — Order affirmed, with costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., not sitting.

John Callister v. Joseph Schlegel.— Order affirmed, on petition of appellant to submit papers according to stipulation, with costs and disbursements.

James A. Russell v. Henry F. Taintor. — Motion denied.

The People of the State of New York, Respondents, v. Joseph Groblenski, Appellant. — Conviction reversed and new trial granted. Opinion by Barnard, P. J.

Matter of Application of Edward B. Long to Sell Land of Charles Olmstead.—Order of surrogate affirmed, with costs. Opinion by Barnard, P. J.

Joseph Dinsmore, Respondent, v. Bertha Jacoby, Appellant, and W. W. Rope and others, Respondents. — Judgment affirmed, with costs to plaintiff, respondent, and not to the defendants, respondents. Opinion by Dykman, J.

Harry Speesman, Respondent, v. Ellen E. Peck and another, Appellants. — Judgment; order denying judgment for defendant, and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.

James E. Cooper, Respondent, v. Mary T. Young, Appellant. — Judgment reversed and new trial granted, costs to abide event. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Harry Quell, Plaintiff, v. Amalie Hermann, Special Guardian, Defendant. — Judgment for plaintiff, upon submitted case, that the title is not good. Opinion by Barnard, P. J

John W. Harper v. William H. Williams and others.— Motion denied. Opinion by Pratt, J.; Barnard, P. J., dissenting.

The People of the State of New York, Respondent, v. Henry O'Grady, Appellant.— Conviction and judgment affirmed. Opinion by Pratt, J.

The People of the State of New York, Respondent, v. James Meegan, Appellant. — Conviction and judgment affirmed. Opinion by Barnard, J.

Anson B. Moore, Executor, etc., Appellant, v. Robert O. Byrne and others, Respondents. — Judgment and order sustaining demurrer of defendant Stillwell to the complaint affirmed, with costs. Opinion by Dykman, J.

William T. Walton and others, Respondents, v. The Agricultural Insurance Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Matter of Probate of Will of Jacob Mondorf. — Decree of surrogate admitting will to probate affirmed, with costs against appellant personally. Opinion by Barnard, P. J.

Emily L. Easton, Respondent, v. Edward Boote, Appellant. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., dissenting.

Andrew F. Kindberg, Respondent, v. Alvah Mudgett, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

The Merchants' Insurance Company of Newark, Appellant, v. Frank Dalton, Respondent. — Order setting aside verdict and granting new trial affirmed, with costs. Opinion by Dykman, J.

In the Matter of the Settlement of Valentine Snedeker, Executor. — Decree of surrogate modified by striking out the part which directs payment in part out of general estate, affirmed in other respects, without costs to either party on this appeal. Opinion by Barnard, P. J.

Charles Gorse, Appellant, v. Thomas Fielding and others, Respondents. — Judgment affirmed, with costs. Opinion by Dykman, J.

Ignatius C. Donnelly, Respondent, v. William Deering, Appellant. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Ignatius C. Donnelly, Respondent, v. William Deering, Appellant.—Judgment affirmed, with costs. Opinion by Barnard, P. J.

Samuel D. Rice, Appellant, v. Samuel Kip, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

Marcus Sharp, Respondent, v. Josephine Starr and others, Appellants. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Thomas Donohue, Respondent, v. Isaac A. Singer, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

James S. Packard, Respondent, v. Albert Pulitzer, Appellant. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

William C. Dornin and others, Respondents, v. Charles P. H. Ripley and others, Appellants. — Judgment affirmed, with costs. Opinions by Barnard, P. J., and Pratt, J.

The People of the State of New York ex rel. Bernard Earl v. Joseph Steinert, Justice, etc.— Judgment reversed, without costs. Opinion by Dykman, J.

Matter of Last Will of Eva J. Banks. — Decree of surrogate affirmed, with costs. Opinion by Barnard, P. J.

Arthur S. Houchin, Respondent, v. Edward P. Vacher, Appellant. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Pratt, J.

Henry J. Bookman, Appellant, v. Louis R. Stegman, Sheriff, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

John H. Norwood, Respondent, v. Ray Manufacturing Company, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Samuel Lockard, Respondent, v. Louis R. Stegman, Sheriff, etc., Appellant. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Mary McGrath, Administratrix, Appellant, v. The Brooklyn City Railroad Company, Respondent.— Exceptions overruled, and judgment for defendants on order made at circuit. Opinion by Pratt, J.

Margaret Lawless, as Administratrix, Appellant, v. Staten Island Rapid Transit Company, Respondent. — Judgment affirmed, with costs. Opinion by Dykman, J.

Edward Pratt and another, Respondents, v. Edward Mosetter, Appellant.— Judgment affirmed, with costs; order denying motion to release commissioners affirmed. Opinion by Barnard, P. J.

George B. Colyer, Respondent, v. Charles S. Colyer Administrator, Appellant.— Order affirmed, with costs and disbursements.—Opinion by Dykman, J.

Charles Welde, Respondent, v. Sarah H. Henderson, Appellant — Order affirmed, with costs and disbursements. Opinion by Pratt, J.; Dykman, J., not sitting.

The People of the State of New York ex rel. The New York and West Shore Railroad Company, Appellant, v. John P. Toohey and